## Theodore L. Couden *v.* Frank R. Infante
## (4581)

Dupont, C. J., Borden and Spallone, Js.

Submitted on briefs December 5—decision released December 9, 1986

*Alvin M. Murray* filed a brief for the appellant (defendant).

*LeRoy Jones* filed a brief for the appellee (plaintiff).

Per Curiam. There is no error.